NUMBER 13-09-00553-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DEBRA F. JALUFKA, Appellant,


v.



JOHN JALUFKA, Appellee. 

_____________________________________________________________


On appeal from the 94th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Debra F. Jalufka, perfected an appeal from a judgment rendered against
her in favor of appellee, John Jalufka. On November 19, 2009, the Clerk of this Court
notified appellant that the clerk's record in the above cause was originally due on October
29, 2009, and that the deputy district clerk, Arnold Garcia, had notified this Court that
appellant failed to make arrangements for payment of the clerk's record. The Clerk of this
Court notified appellant of this defect so that steps could be taken to correct the defect, if
it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of the notice, the appeal
would be dismissed for want of prosecution. 

 Appellant has failed to respond to this Court's notice. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b), (c). 

 Appellant's retained counsel, Patricia A. Shackelford, has filed a motion to withdraw
as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of
Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously
undisclosed deadlines and file a copy of that notice with the Clerk of this Court. Any 
pending motions are denied as moot.

 PER CURIAM

Delivered and filed the 

8th day of January, 2010.